IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0875-CG-B |
| | ) |
| **THU NGUYEN, aka Nguyen Thu, Thu Tony** | ) |
| **Le, Thu Le, Thu Lee, Thu Lenguyen, Thu T.** | ) |
| **Nguyen, Thu Tony Nguyen, Thu L. Nguyen,** | ) |
| **Thu Tony Le Nguyen, Thu Tony Lee Nguyen** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the court's order on motion for summary judgment entered this date (Doc. 34), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, United States of America, and against defendant, Thu Nguyen. Therefore, defendant Thu Nguyen shall pay the fine assessed by the U. S. Customs and Border Protection Office in the amount of $80,980.00, plus prejudgment interest at 2.00% per annum calculated from July 10, 2003, until the date of this judgment in the amount of $9,916.95, and post judgment interest at the legal rate of 0.47% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.  Costs shall be taxed against the defendant.

    **DONE and ORDERED** this the 28th day of August, 2009.

                                                          /s/ Callie V. S. Granade
                                                   CHIEF UNITED STATES DISTRICT JUDGE